# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| **No. 25-5303** | **September Term, 2025** |
| | **1:25-cv-01362-PLF** |
| | **Filed On:** September 2, 2025 |

Federal Education Association, et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

      **BEFORE:**   Henderson, Pan, and Garcia, Circuit Judges

## O R D E R

      Upon consideration of the emergency motion for a stay pending appeal, which includes a request for an immediate administrative stay, it is

      **ORDERED** that the district court's August 14, 2025 order be administratively stayed pending further order of the court. The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motion for a stay pending appeal and should not be construed in any way as a ruling on the merits of that motion. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2025). It is

      **FURTHER ORDERED**, on the court's own motion, that appellees file a response to the emergency motion by 5:00 p.m. on Friday, September 5, 2025, and that appellants file any reply by 5:00 p.m. on Tuesday, September 9, 2025.

                                 **Per Curiam**

                                 **FOR THE COURT:**
                                 Clifton B. Cislak, Clerk

                    BY:    /s/
                            Selena R. Gancasz
                            Deputy Clerk