# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Federal Education Association, et al.,

v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

**Case No:** 1:25-cv-01362-PLF

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ☒ Retained  ☐ Pro Bono  ☐ Appointed (CJA/FPD)  ☐ Gov't counsel

for the  ☐ Appellant(s)/Petitioner(s)  ☒ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Federal Education Association

Federal Education Association Statewide Region

Antilles Consolidated Education Association

### Counsel Information

Lead Counsel:

Direct Phone: (___) _____  Fax: (___) _____  Email:

2nd Counsel:

Direct Phone: (___) _____  Fax: (___) _____  Email:

3rd Counsel: Caitlin Rooney

Direct Phone: (509) 200-4333  Fax: (___) _____  Email: crooney@nea.org

Firm Name: National Education Association

Firm Address: 1201 16th St NW, Washington, DC 20036

Firm Phone: ((202))833-4000  Fax: (___) _____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)