# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5303**                **September Term, 2025**

**1:25-cv-01362-PLF**

**Filed On:** October 6, 2025

Federal Education Association, et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

    **BEFORE:**    Millett, Pillard, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the unopposed motion to extend time to file brief, it is

**ORDERED** that the motion be denied. The briefing schedule established by the court's October 1, 2025 order remains in effect.

### Per Curiam

                             **FOR THE COURT:**
                             Clifton B. Cislak, Clerk

         BY:    /s/
                   Elbert Lestrade
                   Deputy Clerk