# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5157**                       **September Term, 2025**

1:25-cv-00935-PLF

Filed On: December 3, 2025

National Treasury Employees Union,

      Appellee

    v.

Donald J. Trump, President of the United States, et al.,

      Appellants

---

**No. 25-5184**

1:25-cv-01030-PLF

American Foreign Service Association,

      Appellee

    v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

      Appellants

**No. 25-5157**                        **September Term, 2025**

_____

**No. 25-5303**

1:25-cv-01362-PLF

Federal Education Association, et al.,

       Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

       Appellants

**O R D E R**

Upon consideration of the letter filed November 24, 2025, and the parties' responses thereto, it is

**ORDERED** that the following format apply in these related cases, which are scheduled for oral argument at 9:30 a.m. on Monday, December 15, 2025:

| Parties | Counsel | Time |
|---|---|---|
| Appellants Donald J. Trump, in his official capacity as President of the United States, et al. | Joshua Koppel | 24 minutes |
| Appellee National Treasury Employees Union (No. 25-5157) | Paras N. Shah | 8 minutes |

| **Parties** | **Counsel** | **Time** |
|---|---|---|
| Appellees Federal Education Association, et al. (No. 25-5303) | Jason Walta | 8 minutes |
| Appellee American Foreign Service Association (No. 25-5184) | Richard Hirn | 8 minutes |

Argument will be conducted in the order listed. Appellants should reserve time from their allotment for rebuttal. Form 72 should be completed and submitted by December 8, 2025.

**Per Curiam**

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                    BY:     /s/
                             Michael C. McGrail
                             Deputy Clerk

The following forms and notices are available on the Court's website:

    Notification to the Court from Attorney Intending to Present Argument (Form 72)